FRANCISCO VILLAREAL v. THE STATE.

No. 9191.   Delivered June 10, 1925.

Assault to Murder—No Sentence—Dismissed.

There being no sentence in the record the cause must be dismissed.

Appeal from the Criminal District Court of Cameron County. Tried below before the Hon. A. W. Cunningham, Judge.

Appeal from a conviction of an assault to murder; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

101 Tex. Crim.—4.

LATTIMORE, Judge.—Appellant was convicted in the Criminal District Court of Cameron County of assault to murder, and his punishment fixed at two years in the penitentiary.

This court has no jurisdiction of an appeal except from a final judgment of the trial court which is evidenced by the appearance of a sentence in the transcript. The transcript before us contains no sentence. This court is without jurisdiction.

The appeal is dismissed.

*Dismissed.*